IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONEWEST BANK, FSB, | No. C 12-03299 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO SHORTEN TIME** |
| CARLOS VASQUEZ, | |
| Defendant. | |

Plaintiff OneWest Bank, FSB, has filed an *ex parte* application for an order shortening time on its motion for entry of default and/or to remand. Civil Local Rule 7-10 states,

> Unless otherwise ordered by the assigned Judge, a party may file an *ex parte* motion, that is a motion filed without notice to opposing party, only if a statute, Federal Rule, local rule or Standing Order authorizes the filing of an *ex parte* motion in the circumstances and the party has complied with the applicable provisions allowing the party to approach the Court on an *ex parte* basis. The motion must include a citation to the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought.

Plaintiff does not cite to a statute, rule, or order in support of its *ex parte* application. Neither has plaintiff complied with Rule 6-3, which governs motions to change time when there is not a stipulated request. The request to shorten time is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE