IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK, FSB,

    Plaintiff,

  v.

CARLOS VASQUEZ,

    Defendant.
                           /

No. C 12-03299 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

      Plaintiff OneWest Bank, FSB, filed a motion to remand on July 17, 2012. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition thereto was due August 3. None was received. Defendant Carlos Vasquez is hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded. Defendant must file a written response to this order by **AUGUST 30, 2012**. If no response is filed, plaintiff's motion to remand may be granted. The motion hearing set for August 23, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE