1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   ONEWEST BANK, FSB,                          No. C 12-03299 WHA

11              Plaintiff,

12     v.                                        **ORDER TO SHOW CAUSE
                                                 AND VACATING HEARING**
13   CARLOS VASQUEZ,

14              Defendant.

15   _____/

16          Plaintiff OneWest Bank, FSB, filed a motion to remand on July 17, 2012.  Pursuant to

17   Civil Local Rule 7-3, defendant's opposition or statement of non-opposition thereto was due

18   August 3.  None was received.  Defendant Carlos Vasquez is hereby **ORDERED TO SHOW CAUSE**

19   why the action should not be remanded.  Defendant must file a written response to this order by

20   **AUGUST 30, 2012**.  If no response is filed, plaintiff's motion to remand may be granted.  The

21   motion hearing set for August 23, 2012, is hereby **VACATED**.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  August 9, 2012.
                                                 _____
26                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
27

28

**United States District Court**
For the Northern District of California