IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONEWEST BANK, FSB, | No. C 12-3299 MMC |
| Plaintiff, | **PRE-FILING ORDER PRECLUDING DEFENDANT CARLOS VASQUEZ FROM FILING NOTICE OF REMOVAL WITHOUT PERMISSION OF DUTY JUDGE** |
| v. | |
| CARLOS VASQUEZ, | |
| Defendant. | |
| ONEWEST BANK, FSB, | No. C 12-4603 MMC |
| Plaintiff, | |
| v. | |
| CARLOS VASQUEZ, | |
| Defendant. | |

By order filed September 14, 2012, the Court directed defendant Carlos Vasquez ("Vasquez") to show cause, in writing and no later than September 28, 2012, why the Court should not impose upon Vasquez sanctions in the form of a pre-filing order restricting his ability to further remove plaintiff OneWest Bank, FSB's complaint. Vasquez has not filed a response.

Accordingly, and for the reasons stated in the Court's order of September 14, 2012,

the Court finds it appropriate to issue a pre-filing order as to Vasquez.  Specifically, Vasquez is hereby precluded from filing, without advance approval of the Duty Judge, a notice of removal of the matter initially titled <u>OneWest Bank, FSB. v. Michael Cohen, et al.</u>, and referred to by Vasquez as <u>OneWest Bank, FSB v. Carlos Vasquez</u>, filed in the Superior Court of California, County of Calaveras, Case No. 12 UD 10296.

**IT IS SO ORDERED.**

Dated: October 5, 2012

MAXINE M. CHESNEY
United States District Judge